# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00895-CV

**In re Natalie N. Fowler**

**J. O., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 296,104-B, THE HONORABLE CHRISTOPHER CORNISH, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of J. O. The subject of this proceeding is Natalie N. Fowler, appellant's attorney.

Appellant filed his notice of appeal on December 5, 2019, and his brief was due February 5, 2020. On February 4, 2020, we ordered counsel to file appellant's brief no later than February 25, 2020. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Natalie N. Fowler shall appear in person before this Court on **Tuesday, March 24, 2020, at 10:30 a.m.,** in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have

sanctions imposed for her failure to obey our February 4, 2020 order. This order to show cause will be withdrawn and Fowler will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief **on or before Friday, March 20, 2020.**

It is ordered on March 10, 2020.


Before Justices Goodwin, Kelly, and Smith